UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
IN RE:                                                     :
:   CHAPTER 11
   James Andrew Fernandez,            :
:   **NOTICE OF APPEARANCE**
              Debtor.                 :
:   Case No. 17-12594-SHL
:
-------------------------------------------------------------x

To Clerk of this Court and all parties of record:

    **PLEASE TAKE NOTICE** that Daniel H. Tabak of the law firm of Cohen & Gresser LLP hereby appears in this action as counsel for creditor Anchie Kuo, and requests that all notices, pleadings, and other documents served or filed in this case be served upon:

        Daniel H. Tabak
        Cohen & Gresser LLP
        800 Third Avenue, 21st Floor
        New York, NY  10022
        Phone:  (212) 957-7600
        Fax:  (212) 957-4514

Dated:  September 27, 2017
       New York, New York

        **COHEN & GRESSER LLP**

        */s/Daniel H. Tabak*
        Daniel H. Tabak
        dtabak@cohengresser.com
        800 Third Avenue, 21st Floor
        New York, NY  10022
        Phone:  (212) 957-7600
        Fax:  (212) 957-4514

        *Attorneys for Creditor Anchie Kuo*